IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02638-BNB

ARTHUR J. GRIFFIN, JR.,

    Applicant,

v.

DIRECTOR LOVINGER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 0 8 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant Arthur J. Griffin, Jr., initiated this action by filing *pro se* a "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action" and an "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254." In an order filed on December 19, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Griffin to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Griffin to submit a current certified copy of his inmate trust fund account statement in support of his *in forma pauperis* motion. Mr. Griffin was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On December 27, 2007, Mr. Griffin filed a "Motion to Amend and Combine Cases: and Motion for Writ of Mandamus." Attached to the December 27 motion is a copy of Mr. Griffin's inmate account statement that is not certified by a jail official. On

December 28, 2007, Mr. Griffin filed a "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915" and an unsigned "Prisoner Complaint." Attached to the December 28 *in forma pauperis* motion is another uncertified copy of Mr. Griffin's inmate account statement. On January 3, 2008, Mr. Griffin filed a copy of a jail form titled "Processing Fee Refund Request." On January 16 and 18, 2008, he filed additional motions to amend. On January 23, 2008, he filed two more motions to amend.

Mr. Griffin has failed to cure the deficiencies in this action because he has failed to file within the time allowed a certified copy of his inmate trust fund account statement as directed and as required pursuant to Rule 3(a)(2) of the Rules Governing Section 2254 Cases in the United States District Courts. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the habeas corpus application is denied and the complaint and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the pending motions are denied as moot.

DATED at Denver, Colorado, this 7 day of February, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02638-BNB

Arthur J. Griffen, Jr.
Reg. No. 1566611
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/8/8

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk