IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02638-ZLW

ARTHUR J. GRIFFIN, JR.,

Applicant,

v.

DIRECTOR LOVINGER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, ___

MAR 1 7 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

"Defendant's Motion for Summary Judgment in Case Dismissed as Moot; Motion to Reopen Closed Cases" filed by Applicant on March 14, 2008, is denied.

Dated: March 17, 2008

Copies of this Minute Order mailed on March 17, 2008, to the following:

Arthur J. Griffin
Prisoner No. 1578195
Denver County Jail
PO Box 1108
Denver, CO 80205

_____
Secretary/Deputy Clerk