# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02638-ZLW

ARTHUR J. GRIFFIN, JR.,

Applicant,

v.

DIRECTOR LOVINGER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Applicant's "Motion to Amend Defendant's Motion for Summary Judgment in Pending Cases" filed on March 17, 2008, is denied.

Dated: March 18, 2008

Copies of this Minute Order mailed on March 18, 2008, to the following:

Arthur J. Griffin, Jr.
Prisoner No. 1578195
Denver County Jail
PO Box 1108
Denver, CO 80201

_____
Secretary/Deputy Clerk