IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02638-ZLW

ARTHUR J. GRIFFIN, JR.,

Applicant,

v.

DIRECTOR LOVINGER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Applicant's "Motion to Amend & Update, Defendant's Motion for Summary Judgment in Pending Cases" filed on March 18, 2008, is denied. "Defense/Defendant's Motion to Amend & Update, Summary Judgment, in Pending Cases" filed by Applicant on March 18, 2008, also is denied.

Dated: March 19, 2008

Copies of this Minute Order mailed on March 19, 2008, to the following:

Arthur J. Griffin, Jr.
Reg. No. 1564967
Denver County Jail
PO Box 1108
Denver, CO 80201

_____
Secretary/Deputy Clerk