# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02638-ZLW

ARTHUR J. GRIFFIN, JR.,

    Applicant,

v.

DIRECTOR LOVINGER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

The "Defense/Applicant Request for Final Disposition in Civil Action #07-cv-02638-BNB" filed by Applicant on April 2, 2008, is DENIED as moot because this action was dismissed by order filed on February 8, 2008. Applicant's "Motion to Amend & Update Information . . ." filed on April 2, 2008, also is DENIED.

Dated: April 3, 2008

---

Copies of this Minute Order mailed on April 3, 2008, to the following:

Arthur J. Griffin, Jr.
Prisoner No. 1578195
Denver County Jail
PO Box 1108
Denver, CO 80201

                                                    Secretary/Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 3 2008

GREGORY C. LANGHAM
                CLERK