IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02638-ZLW

ARTHUR J. GRIFFIN, JR.,

    Applicant,

v.

DIRECTOR LOVINGER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 05 2008

GREGORY C. LANGHAM
                        CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    The document titled "Conflicts in Record Motion to Correct . . ." filed by Applicant on May 2, 2008, is DENIED.

Dated: May 5, 2008

Copies of this Minute Order mailed on May 5, 2008, to the following:

Arthur J. Griffin, Jr.
Reg. No. 1566611
2323 Curtis Street
Denver, CO 80205

                                                  Secretary/Deputy Clerk